# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**MELANIE TUCKER**                                                                                    **PLAINTIFF**

**V.**                                         **CASE NO. 5:20-CV-05180**

**CASEY'S MARKETING**
**COMPANY d/b/a CASEY'S**
**GENERAL STORES**                                                                              **DEFENDANT**

## ORDER OF DISMISSAL

Now before the Court is Plaintiff Melanie Tucker's Motion to Dismiss With Prejudice (Doc. 16). The Court has reviewed the Motion, and it is **GRANTED**.

**IT APPEARING** to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is **ORDERED** that the case be, and it is hereby, **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this 11th day of May, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE